

**RECEIVED**
Nov 25 2008
NOV 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
T.C

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s)**

Carroll Romine

v.

08CV6749
**JUDGE GRADY**
**MAGISTRATE JUDGE COX**

**Defendant(s)**

Jefferson Regional Medical Center
1515 W. 42nd Ave
Pine Bluff Ar 71603
501-541-7100

**COMPLAINT**

No police Reports were made on any of these assaults My Medical Records were erased by this Hospital. I cannot get proper care for my injuries I was operated on many times on physical Assaults. My visual perception height & depth is dangerously affecting my life. Not one mailing of these rehabilitation follow-ups did I recieve. I lost my memory in these injuries every time. All my injuries resulted in memory loss. I was sin Hospital 10 times or more in surgeries. Deana James A Registered Nurse is an X-Fiance I had experimental eye surgery & implant

Carroll Romine 1458 Chicago IL 60607